In The



Court of Appeals



Ninth District of Texas at Beaumont



____________________



NO. 09-08-00465-CV


____________________



IN THE INTEREST OF M.C. AND S.C.






On Appeal from the County Court at Law No. 4


Montgomery County, Texas


Trial Cause No. 07-06-06393 CV






 MEMORANDUM OPINION


 On January 9, 2009, we notified the parties that the appeal would be dismissed for
want of prosecution unless arrangements were made for filing the record or the appellant
explained why additional time was needed to file the record. We also notified the parties that
the appeal would be dismissed unless the appellant remitted the filing fee for the appeal. The
appellant, Blanca Carrillo, did not respond to the Court's notices. The appellant did not file
an affidavit of indigence and is not entitled to proceed without payment of costs. See Tex.
R. App. P. 20.1. There being no satisfactory explanation for the failure to file the record, and
there being no reasonable explanation for the failure to pay the filing fee for the appeal, the
appeal is dismissed for want of prosecution. Tex. R. App. P. 37.3(b); Tex. R. App. P. 42.3. 
Costs are assessed against the appellant.

 APPEAL DISMISSED.

 _____________________________

 HOLLIS HORTON

 Justice


Opinion Delivered March 5, 2009

Before Gaultney, Kreger, and Horton, JJ.